**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Teresa A. Simmons**
    Plaintiff,

-vs-                                                     Case No. C-1-01-880

**Fischer Management, Inc.,**

    **Defendant.**

---

**JUDGMENT IN A CIVIL CASE**

    **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT [DOCS 14 AND 26] ARE **GRANTED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC 31].

Date: September 19, 2003                                   KENNETH J. MURPHY, JR., CLERK

                                                                            By: s/_____
                                                                           Tempann Thomas, Deputy Clerk