UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THERESA A. SIMMONS | : | Case No. 1:01cv880 |
| | : | |
| Plaintiff | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | |
| FISCHER MANAGEMENT INC. | : | |
| | : | **NOTICE OF APPEAL** |
| Defendant | : | |

Notice is hereby given that Plaintiff appeals the decision of the United States District Court, entered September 19, 2003, granting Defendant's motion for summary judgment, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

s /David Torchia
David Torchia -- 0015962
Attorney for Plaintiff
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 241-8137
E-mail: davet@tktlaw.com

**CERTIFICATE OF SERVICE**

I herby certify that the foregoing was filed electronically with the court on September 23, 2003 and that a copy of this document was sent by ordinary U.S. Mail to David T. Croall, Esq., Porter Wright Morris & Arthur, 250 E. Fifth Street, Suite 2200 Cincinnati, Ohio 45202-5117 on September 23, 2003.

s/ David Torchia
David Torchia -- 0015962