```
Tue Sep 23 15:39:48 2003

        UNITED STATES DISTRICT COURT
        CINCINNATI, OH
Receipt No.   100 420288
Cashier       ah1

Tender Type   CHECK

Check Number: 26771

Transaction Type   N

DO Code    Div No     Acct
 4661        1       086900

Amount              $    105.00

TOBIAS, KRAUS, AND TORCHIA

NOTICE OF APPEAL ON C-1-01-880



Tue Sep 23 15:39:48 2003

Check No. 26771
Amount$   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```