# TRANSMISSION FORM

| | |
|---|---|
| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: C-1-01-880 | Court of Appeals Case No: 03-4254 |
| SHORT CAPTION | |
| Teresa A Simmons | Case Manager: MICHELLE DAVIS |
| Plaintiff/Petitioner | Date Filed: |
| vs. | FILED |
| Fischer Homes, et al. | SEP 2 6 2003 |
| Defendant/Respondent | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: Sandra S. Beckwith | Anything That Needs Special Attention |
| Court Reporter(s): | Notice of Appeal (doc.#33) appealing the Memorandum and Order (doc.#31) filed on September 19, 2003. |
| From Deputy Clerk: Arthur Hill | |
| Date: 9/24/2003 | |
| $105.00 Appeal Filing Fee Paid? Yes | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)      Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)      **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

KENNETH J. MURPHY
Clerk: _____
United States District Court