## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TERESA A. SIMMONS, | : | Case No.: C-1-01-880 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | (Magistrate Judge Hogan) |
| v. | : | |
| | : | |
| FISCHER MANAGEMENT, INC., | : | |
| | : | **DEFENDANT FISCHER MANAGEMENT** |
| Defendant. | : | **INC.'S BILL OF COSTS** |

Fees and disbursements for transcripts of depositions necessarily obtained for use in the case:

| | | |
|---|---|---|
| Teresa A. Simmons | | $997.00 |
| Janet W. Moxley | | 397.00 |
| Carolyn A. Perkins | | 492.00 |
| Gregory T. Beckett | | 271.95 |
| H. Wayne Menchhoffer | | 197.95 |
| Robert T. Hawksley | | 90.65 |
| | Total | $2,446.55 |

CINCINNATI/116757 v.01

**EXHIBIT A**