**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TERESA A. SIMMONS, | : | Case No.: C-1-01-880 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | (Magistrate Judge Hogan) |
| v. | : | |
| | : | |
| FISCHER MANAGEMENT, INC., | : | |
| | : | |
| Defendant. | : | **AFFIDAVIT OF DAVID T. CROALL, ESQ.** |

I, David T. Croall, after first being duly cautioned and sworn, hereby state as follows:

1. I am currently the attorney for Fischer Management, Inc. in the above-captioned matter and have knowledge of the facts relating to this litigation in the United States District Court and the subsequent preparation of the Bill of Costs.

2. The items enumerated on the Bill of Costs are correct and were necessarily incurred in this case.

Further Affiant sayeth naught.

_____
David T. Croall

Sworn to before me and acknowledged in my presence this 30th day of September, 2003.

_____

CINCINNATI/116759 v.01

ELIZABETH HANSEN, Attorney at Law
Notary Public, State of Ohio
Commission Has No Expiration Date
Section 147.03

**EXHIBIT D**