UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA A. SIMMONS, | : | Case No.: C-1-01-880 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | (Magistrate Judge Hogan) |
| v. | : | |
| | : | |
| FISCHER MANAGEMENT, INC., | : | |
| | : | **DEFENDANT FISCHER MANAGEMENT** |
| Defendant. | : | **INC.'S SUPPORTING DOCUMENTATION** |
| | : | **FOR BILL OF COSTS** |

Pursuant to the Notice as to Bill of Costs filed on September 30, 2003, Defendant Fischer Management, Inc. hereby submits the attached supporting documentation for all costs listed within their Bill of Costs.

Respectfully submitted,

David T. Croall (0009149)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202-5117
(513) 369-4240

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Fischer Management, Inc.'s Supporting Documentation for Bill of Costs will be served upon David G. Torchia, Esq., Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, OH 45202, by regular mail this 30th day of September, 2003.

*[signature]*

CINCINNATI/116758 v.01

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132395 | 01/17/2002 | 01-61677 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/04/2002 | DUNCBR | 01CV58247 |

**CASE CAPTION**

Teresa A. Simmons vs. Fischer Homes

**TERMS**

Due upon receipt

David T. Croall, Esq.
Porter, Wright, Morris & Arthur
2200 Chiquita Center
250 East Fifth Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF  TRANSCRIPT OF:
     Teresa A. Simmons         F                                                955.00
                               CONCORDANCE INDEXING    32.00 Pages               32.00
                               COURIER                                           10.00
  (TAXABLE    $   853.00)

                                            TOTAL   DUE  >>>>                   997.00


DELIVERED TO YOU RELAY ON 1/17/02.
```

TAX ID NO.: 31-0725254                                                (513) 381-4700

*Please detach bottom portion and return with payment.*

David T. Croall, Esq.
Porter, Wright, Morris & Arthur
2200 Chiquita Center
250 East Fifth Street
Cincinnati, OH 45202

```
Job No.     :  01-61677
Case No.    :  01CV58247
Teresa A. Simmons vs. Fischer Homes

Invoice No.:  132395
Date        :  01/17/2002
TOTAL DUE   :      997.00
```

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:

Remit To:   Ace Reporting Services
            30 Garfield Place
            Suite 620
            Cincinnati, OH 45202-4364

Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:             Zip:
Cardholder's Signature:

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 134112 | 04/30/2002 | 01-63321 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/16/2002 | DUNCBR | 01CV58247 |

**CASE CAPTION**

Simmons vs. Fischer Homes

**TERMS**

Due upon receipt

David T. Croall, Esq.
Porter, Wright, Morris & Arthur
2200 Chiquita Center
250 East Fifth Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Janet Walker Moxley       F                                            380.00
                    CONCORDANCE INDEXING     17.00 Pages                    17.00
 (TAXABLE    $   380.00)

                                             TOTAL   DUE   >>>>            397.00


SENT OUT ON 4/30/02.
```

TAX ID NO.: 31-0725254                                            (513) 381-4700

*Please detach bottom portion and return with payment.*

David T. Croall, Esq.
Porter, Wright, Morris & Arthur
2200 Chiquita Center
250 East Fifth Street
Cincinnati, OH 45202

Job No.      :  01-63321
Case No.     :  01CV58247
Simmons vs. Fischer Homes

Invoice No.: 134112
Date         :  04/30/2002
TOTAL DUE    :      397.00

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                    Phone #:
Billing Address:
Amount to Charge:                             Zip:
Cardholder's Signature:

Remit To:   Ace Reporting Services
            30 Garfield Place
            Suite 620
            Cincinnati, OH 45202-4364

Ace Reporting Services  
30 Garfield Place  
Suite 620  
Cincinnati, OH 45202-4364  
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 134111 | 04/30/2002 | 01-63318 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/16/2002 | DUNCBR | 01CV58247 |

**CASE CAPTION**

Simmons vs. Fischer Homes

**TERMS**

Due upon receipt

David T. Croall, Esq.  
Porter, Wright, Morris & Arthur  
2200 Chiquita Center  
250 East Fifth Street  
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Carolyn A. Perkins        AC                              465.00
                        CONCORDANCE INDEXING   17.00 Pages     17.00
                        DELIVERY                               10.00
(TAXABLE   $   465.00)

                                 TOTAL   DUE  >>>>            492.00

SENT OUT ON 4/30/02.
```

TAX ID NO.: 31-0725254                                              (513) 381-4700

*Please detach bottom portion and return with payment.*

David T. Croall, Esq.  
Porter, Wright, Morris & Arthur  
2200 Chiquita Center  
250 East Fifth Street  
Cincinnati, OH 45202

```
Job No.    :  01-63318
Case No.   :  01CV58247
Simmons vs. Fischer Homes

Invoice No.:  134111
Date       :  04/30/2002
TOTAL DUE  :     492.00
```

PAYMENT WITH CREDIT CARD

Card Holder's Name:  
VISA/MC #:  
Exp. Date:                              Phone #:  
Billing Address:  
Amount to Charge:                       Zip:  
Cardholder's Signature:

Remit To:   Ace Reporting Services  
            30 Garfield Place  
            Suite 620  
            Cincinnati, OH 45202-4364

# Spangler Reporting Services, Inc

Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330   Fax: (513) 381-3342

**Invoice**

Job Date: 05/03/2002
Order Date: 05/03/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 14873
Inv. Date: 04/17/2003
Balance: $469.90

**Bill To:**
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

Action: Simmons, Teresa A.
vs
Fischer Homes
Action #: 01CV58247
Rep: LAR
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Wayne Menchofer | Copy in condensed form | $197.95 |
| 2 | Gregory Beckett | Copy in condensed form | $271.95 |

Comments:
Introducing Video Teleconferencing - Call Us For Details!

Sub Total: $469.90
Shipping: $0.00
Tax: $0.00
**Total Invoice: $469.90**
Payment: $0.00
**Balance Due: $469.90**

Federal Tax I.D.: 31-1536938    Terms: Int. Accrues @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

**Deliver To:**
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

# Invoice

Spangler Reporting Services, Inc
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330
Fax: (513) 381-3342

Invoice #: 14873
Inv. Date: 04/17/2003
Balance: $469.90
Job #: 020503LAR
Job Date: 05/03/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Spangler Reporting Services, Inc**
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330     Fax: (513) 381-3342

Job #: 030218BLF
Job Date: 02/18/2003
Order Date: 02/18/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 14875
Inv.Date: 04/17/2003
Balance: $90.65

Bill To:
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

Action: Simmons, Teresa A.
vs
Fischer Homes
Action #: 01CV58247
Rep: BLF
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Robert Hawksley | Copy in condensed form | $90.65 |

Comments:
Introducing Video Teleconferencing - Call Us For Details!

Sub Total: $90.65
Shipping: $0.00
Tax: $0.00
**Total Invoice**: $90.65
Payment: $0.00
**Balance Due**: $90.65

Federal Tax I.D.: 31-1536938     Terms: Int. Accrues @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

Deliver To:
David T. Croall, Esq.
Porter, Wright, Morris & Arthur
250 East 5th Street
Suite 2200
Cincinnati, OH 45202

**Invoice**

Spangler Reporting Services, Inc
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330
Fax: (513) 381-3342

Invoice #: 14875
Inv.Date: 04/17/2003
Balance: $90.65
Job #: 030218BLF
Job Date: 02/18/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: