**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Southern District of Ohio | C-1-01-880 |

Short Case Title  Simmons v. Fischer Management

Date Notice of Appeal Filed by Clerk of District Court  09/23/03          COA#  03-4254

**PART I.** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).

*(stamped: RECEIVED OCT 8 2003 LEONARD GREEN, Clerk)*

*(stamped: FILED KENNETH J. MURPHY CLERK — US DIST COURT SOUTH DIST OHIO WEST DIV CINCINNATI — OCT 10 PM 24)*

A. Complete appropriate following:

- ☐ No hearings
- ☒ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in District Court Clerk's Office
- ☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

|  | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings |  |  |  |
| Testimony (specify witnesses) |  |  |  |
| Other (specify) |  |  |  |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

Voir Dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐ ;
Closing argument of plaintiff ☐   defendant ☐ ;
Jury instructions ☐ ;

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA from 24)
- ☐ Private funds

Date _____

Signature  David Torchia     Print Name  David Torchia     Counsel for  Appellant

Address  414 Walnut Street, Suite 911, Cincinnati OH 45202     Telephone  (513) 241-8137

**ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.    COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- ☐ Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made pursuant to FRAP (10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

---

**PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

6CA-30 3-94