FILED
JAMES BONINI
CLERK

03 DEC 30 PM 4:26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA A. SIMMONS, | : | Case No.: C-1-01-880 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | (Magistrate Judge Hogan) |
| v. | : | |
| | : | |
| FISCHER MANAGEMENT, INC., | : | **DEFENDANT FISCHER MANAGEMENT** |
| | : | **INC.'S WITHDRAWAL OF MOTION FOR** |
| Defendant. | : | **BILL OF COSTS** |

Upon agreement of the parties, Defendant Fischer Management Inc. hereby withdraws its Motion for Bill of Costs and requests that this matter be considered closed.

Respectfully submitted,

*/s/ David T. Croall*
David T. Croall (0009149)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202-5117
(513) 369-4240

Attorney for Defendant Fischer Management Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant Fischer Management Inc.'s Withdrawal of Motion for Bill of Costs will be served upon David G. Torchia, Esq., Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, OH 45202, by regular mail this 30th day of December, 2003.

*/s/ David T. Croall*

CINCINNATI/116756 v.02