No. 03-4254

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TERESA A. SIMMONS,

    Plaintiff - Appellant,

v.

FISCHER MANAGEMENT INC.,

    Defendant - Appellee.

FILED
JAN - 7 2004
LEONARD GREEN, Clerk

ORDER

1:01-cv-880

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

FILED
JAMES BONINI
CLERK
04 JAN -8 PM 3:54